Joseph Lavi, Esq. (SBN 209776)
Vincent C. Granberry, Esq. (SBN 276483)
William Tran, Esq. (SBN 335908)
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001
Email: jlavi@lelawfirm.com
       vgranberry@lelawfirm.coJ
       wtran@lelawfirm.com
       WHT1@lelawfirm.com

Attorneys for Plaintiff ABRAHAM ALEMNEW,
on behalf of himself and others similarly situated

**BRYAN CAVE LEIGHTON PAISNER LLP**
Allison C. Eckstrom, SBN 217255
*allison.eckstrom@bclplaw.com*
Christopher J. Archibald, SBN 253075
*christopher.archibald@bclplaw.com*
1920 Main Street, Suite 1000
Irvine, California 92614-7276
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendant
WALGREEN CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ALEMNEW, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WALGREEN CO.; and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No.: 3:23-cv-00309-VC<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO VACATE DATES AND DEADLINES**<br><br>Judge: Honorable Vince Chhabria<br><br>Action Filed:　　December 16, 2022<br>Action Removed:　January 20, 2023 |

**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO VACATE DATES AND DEADLINES**

**1**

1

2   Plaintiff ABRAHAM ALEMNEW ("Plaintiff") and Defendant WALGREEN
3   CO. ("Defendant") (Plaintiff and Defendants collectively, the "Parties") by and
4   through their respective counsel of record, hereby stipulate as follows:

5   **WHEREAS**, on May 22, 2023, the Parties submitted a Joint Stipulation to
6   Dismiss Class Action and Proceed with Individual Claims (Dkt. 23).

7   **WHEREAS**, on May 24, 2023, the Court issued an Order granting the Parties'
8   Joint Stipulation to Dismiss Class Action and Proceed with Individual Claims (Dkt.
9   24).

10  **WHEREAS**, the Parties engaged in informal settlement discussions, which
11  resulted in settlement of Plaintiff's remaining individual claims.

12  **WHEREAS**, on June 22, 2023, the Parties finalized and executed the longform
13  settlement agreement;

14  **WHEREAS**, once the terms of the settlement agreement are satisfied, the
15  Parties intend to submit a joint stipulation to dismiss Plaintiff's remaining individual
16  claims with prejudice.

17  **WHEREAS**, to preserve the time and resources of both the Court and the
18  Parties, the Parties respectfully request the Court vacate all current dates and deadlines
19  in this matter, including but not limited to, the Initial Case Management Conference
20  schedule for June 30, 2023 (Dkt. 23), and all the deadlines set in the Court's Case
21  Management and Scheduling Order (Dkt. 9 and 22).

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

/ / /

**THEREFORE**, subject to the Court's approval, the Parties by and through their counsel of record hereby agree and request that the Court vacate all current dates and deadlines in this matter, including but not limited to, the Initial Case Management Conference scheduled for June 30, 2023 (Dkt. 22), and all the deadlines set in the Court's Case Management and Scheduling Order (Dkt. 9).

**IT IS SO STIPULATED.**

Dated: June 22, 2023          Respectfully submitted,
LAVI & EBRAHIMIAN, LLP

By: /s/ William Tran
Joseph Lavi, Esq.
Vincent C. Granberry, Esq.
William Tran, Esq.

Attorneys for Plaintiff
ABRAHAM ALEMNEW,
on behalf of himself and others
similarly situated

Dated: June 22, 2023          Respectfully submitted,
BRYAN CAVE LEIGHTON PAISNER LLP

By: /s/ Allison C. Eckstrom
Allison C. Eckstrom
Christopher J. Archibald

Attorneys for Defendant
Walgreen Co.

| | |
|---|---|
| 1 | **SIGNATURE CERTIFICATION** |

Pursuant to Local Rule 5-4.3.4(a)(2), I, William Tran, am the CM/ECF User whose login and password are being used to file this Joint Stipulation to Dismiss Action Without Prejudice. I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: June 22, 2023                                     **LAVI & EBRAHIMIAN, LLP**

                                                              By:    /s/ William Tran
                                                                       William Tran, Esq.

---

**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO VACATE DATES AND DEADLINES**
**4**