UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ALEMNEW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALGREEN CO.,<br><br>　　　　Defendant. | Case No. 23-cv-00309-VC<br><br>**ORDER OF DISMISSAL** |

The Court was advised by the parties on June 22, 2023, that they reached a settlement. Therefore, this case is dismissed without prejudice. All deadlines and hearings in the case are vacated, and any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: June 26, 2023

_____
VINCE CHHABRIA
United States District Judge